# HITCHCOCK *v.* TOUSEY.

UNITED STATES MAILS; SECOND-CLASS MAIL MATTER.

This case is governed by the decision of the court in *Hitchcock* v. *Smith,* ante, 521.

Where a decree granting an injunction was reversed by this court, the injunction, by agreement of the parties, was continued in force by order of this court, pending an appeal to the Supreme Court of the United States, upon the unsuccessful party giving a bond to be approved by this court.

No. 2060. Submitted February 9, 1910. Decided March 1, 1910.

HEARING on an appeal by the defendant, the Postmaster General, from a decree of the Supreme Court of the District of Columbia enjoining him from revoking an order admitting a publication to transmission through the mails at second-class rates of postage.                     *Reversed.*

*Mr. Daniel W. Baker,* United States Attorney for the District of Columbia, *Mr. F. Sprigg Perry,* and *Mr. James J. Britt,* special counsel for the Postoffice Department, for the appellant.

*Mr. H. H. Glassie* and *Mr. J. J. Darlington* for the appellees.

Mr. Justice ROBB delivered the opinion of the Court:

The publication here involved, "Work and Win," is not materially different from the "Tip Top Weekly," considered in the preceding case [ante, 521], and by stipulation the same testimony that was considered in that case was considered in this.

For the reasons assigned in that case we reverse the decree in this, with costs, and remand the case for further proceedings.

*Reversed.*

A motion by the appellee to modify and amend the decree and order of this court was granted March 11, 1910, Mr. Chief Justice SHEPARD delivering the opinion of the Court:

Upon motion of the attorneys for the appellee herein, a decree and order passed in the above-entitled cause on the first day of March, A. D. 1910, is hereby amended and modified as follows: That portion of the decree and order directing the cause to be remanded to the lower court for further proceedings is hereby stricken out, and in place thereof the said decree shall read: "That the bill of complaint in said cause be, and it is hereby, dismissed, and the injunction issued on June 11th, 1909, be, and the same is hereby, dissolved: Provided, however, that upon the appellee herein furnishing bond in the sum of $10,000, to be approved by the court, the said injunction is to continue in force pending the appeal to the Supreme Court of the United States."

This decree was submitted by agreement of counsel, and is entered as prepared by them.

An appeal to the Supreme Court of the United States was allowed May 22, 1910, on application of the appellee.